**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Lawrence Wilson Kingsley
In Proper Person
2161 West Ridge Drive
Lancaster PA 17601

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on December 29, 2022 |

**REHEARING ACTION: December 29, 2022**

**Docket Number: 22   00073-CA consolidated with 417-CW**

**LAWRENCE WILSON KINGSLEY**
**VERSUS**
**ANN ELIZABETH LANGE**

**Appealed from Rapides Parish Case No. 248025**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Elizabeth A. Pickett**
> **Hon. Billy Howard Ezell**
> **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lawrence Wilson Kingsley** has this day been

> **DENIED.**

cc: Barbara Bell Melton, Counsel for the Appellee
    Christopher M. Chesne, Counsel for the Appellee
    Rodney Marchive Rabalais, Counsel for the Appellee
    Ann Lange, Counsel for the Appellee